PROB 12C
(7.93)

## United States District Court

### for the

### Eastern District of Washington

Report Date: May 11, 2011
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 1 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfonso Olivera-Avila        Case Number: 2:05CR00124-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 3/24/2006

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 57 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: 6/23/2009 |
| Defense Attorney: | David Matthew Miller | Date Supervision Expires: 6/22/2012 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition # 14**: You are prohibited from returning to the United States without advanced legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: Alfonso Olivera-Avila is considered in violation of his period of supervised release by returning to the United States without advanced permission from the United States Attorney General on or prior to May 4, 2011.

The defendant was arrested on May 4, 2011, by the Pasco Police Department after committing the offense of identity theft. The charge was later dismissed. Contact with the Franklin County Jail revealed the defendant has a current ICE hold in place.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

Prob12C
Re: Olivera-Avila, Alfonso
May 11, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/11/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

May 11, 2011
Date