PROB 12C
(7/93)

# United States District Court

## for the

## Eastern District of Washington

Report Date: May 19, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 19 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfonso Olivera-Avila    Case Number: 2:05CR00124-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 3/24/2006

Original Offense: Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence: Prison - 57 Months; TSR - 36 Months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Aine Ahmed    Date Supervision Commenced: 6/23/2009

Defense Attorney: David Matthew Miller    Date Supervision Expires: 6/22/2012

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 5/11/2011.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Alfonso Olivera-Avila is considered in violation of his period of supervised release by returning to the United States illegally on or about May 4, 2011.

On May 4, 2011, the defendant was arrested in Pasco, Washington. He had been previously deported on June 23, 2009, and had not received permission from the United States Attorney General to reenter the United States.

On May 16, 2011, a Criminal Complaint was filed in the Eastern District of Washington, under case number MJ-11-4101-1, alleging the defendant had illegally reentered the United States.

The defendant is currently scheduled to appear before the Court on July 6, 2011, in Spokane, Washington.

Prob12C
Re: Olivera-Avila, Alfonso
May 19, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/19/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

May 19, 2011
Date